```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

NORBERTO ESTRADA,                §
    Petitioner,              §
                                 §
VS.                              §    CIVIL ACTION NO.4:12-CV-245-Y
                                 §
REBECCA TAMEZ, Warden,           §
FCI-Fort Worth,                  §
    Respondent.              §

ORDER ADOPTING<br>
<u>MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

In this action brought by petitioner Norberto Estrada under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 5, 2012; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 12, 2012.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Norberto Estrada's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED September 26, 2012.

                                                              /s/ Terry R. Means<br>
                                                          TERRY R. MEANS<br>
                                                          UNITED STATES DISTRICT JUDGE